UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Cameo Quality Homes of Woodbury, Inc.,** | Civil No. 07-340 (JNE-JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| **John Thuringer,** **Barbara Thuringer,** | |
| Defendants. | |

This matter is before the undersigned upon the report and recommendation of the United States Magistrate Judge. No objections have been filed to that report and recommendation in the time period permitted. Based on the report and recommendation of the Magistrate Judge, and being duly advised of all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The Thuringers' motion for judgment on the pleadings (Doc. No. 13) is **GRANTED.**

2. Cameo's motion for partial summary judgment (Doc. No. 24) is **GRANTED IN PART AND DENIED IN PART.**

3. All the claims in Cameo's complaint are **DISMISSED WITH PREJUDICE.**

4. The counterclaim for breach of contract in the Thuringers' answer is **DISMISSED WITH PREJUDICE.**

Dated this 11th day of May, 2007

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Court Judge